# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SHARON MCDANIEL,

    Plaintiff

v.

MARIO A. SUAREZ and ALMANZA
TRUCKING, LLC,

    Defendants

Case No.: 2:19-cv-01373-APG-VCF

**Order Deeming Order to Show Cause
Satisfied**

In light of the defendants' response to the order to show cause (ECF No. 9),

IT IS ORDERED that the order to show cause (ECF No. 5) is deemed satisfied, and I will not remand for lack of subject matter jurisdiction at this time.

DATED this 4th day of September, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE