# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SHARON McDANIEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARIO A. SUAREZ; ALMANZA TRUCKINGLLC, an Arizona Limited-Liability Company;DOES Ithrough X, inclusive; ROECORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | 2:19-cv-01373-APG-VCF<br><br>**ORDER** |

Before the Court is the Stipulation and Order Regarding Discovery Extension (ECF NO. 32).

Accordingly,

IT IS FURTHER ORDERED that an in-person hearing, on the Stipulation and Order Regarding Discovery Extension (ECF NO. 32), is scheduled for 3:00 PM, July 22, 2021, in Courtroom 3D.

DATED this 6th day of July, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE